**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth James Kanger,<br><br>            Petitioner,<br>    vs.<br><br>Dora B. Schriro, et al.,<br><br>            Respondents. | No. CV-07-8094-PCT-PGR (MHB)<br><br><u>ORDER</u> |

IT IS ORDERED that the petitioner's Objection to Time Extension (doc. #23), construed as an objection to Magistrate Judge Burns' order (doc. #21) entered on December 10, 2007, is denied pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed.R.Civ.P. 72(a) as the Magistrate Judge's ruling was not clearly erroneous or contrary to law.

IT IS FURTHER ORDERED that the petitioner's Objection to Magistrate Burns' Order Document #56 (doc. #59) is denied pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed.R.Civ.P. 72(a) as the Magistrate Judge's ruling was not clearly erroneous or contrary to law.

IT IS FURTHER ORDERED that the petitioner's Response to Judge Rosenblatt's Order Document #57 (doc. #59), construed as a motion for reconsideration, is denied as the Court is not persuaded that it committed any

1  clear error in its order entered on April 15, 2008 (doc. #57).

2  DATED this 3rd day of June, 2008.

_____
Paul G. Rosenblatt
United States District Judge