**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth James Kanger,<br><br>             Petitioner,<br>      vs.<br><br>Dora Schriro, et al.,<br><br>             Respondents. | No. CV-07-8094-PHX-PGR (MHB)<br><br>ORDER |

   IT IS ORDERED that the petitioner's Application for Enlargement of Time (doc. #74) is granted and that the petitioner shall file his objections to the Report and Recommendation (doc. #72) no later than August 11, 2008.

   DATED this 6th day of August, 2008.

Paul G. Rosenblatt
United States District Judge