**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth James Kanger,             )<br>                  )<br>         Petitioner,        )<br>                  )<br>     v.             )<br>                  )<br>Dora B. Schriro, et al.,       )<br>                  )<br>         Respondents.       ) | CV 07-8094-PCT-PGR (MHB)<br><br>**ORDER** |

      Currently before the Court are the Report and Recommendation of Magistrate Judge Burns (Doc. 72) , Petitioner's "Motion for Single Cell Housing at County Jail During Habeas Evidentiary Hearing Proceedings" (Doc. 73), Petitioner's "Motion that Upon Return to Coconino Jail Single Cell Only Housing and Requirements of and Legal Materials and Supplies and Copying for My Initially Self Representation in Superior Court" (Doc. 77) and Petitioner's "Motion for Orders to Prison Staff May Not Ever Take From Me Nor Hold From Me Any Reading/Seeing Glasses." (Doc. 80.)

      Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Burns, and the Petitioner's objections thereto, and in light of the Court's finding that the Petitioner's objections do not have any merit,

      IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 72)** is **ACCEPTED** and **ADOPTED** by the Court.

      IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is **DISMISSED** and **DENIED with prejudice**.

      IT IS FURTHER ORDERED that Petitioner's "Motion for Single Cell Housing at

1  County Jail During Habeas Evidentiary Hearing Proceedings" **(Doc. 73)**; Petitioner's
2  "Motion that Upon Return to Coconino Jail Single Cell Only Housing and Requirements of
3  and Legal Materials and Supplies and Copying for My Initially Self Representation in
4  Superior Court" **(Doc. 77)**; and Petitioner's "Motion for Orders to Prison Staff May Not Ever
5  Take From Me Nor Hold From Me Any Reading/Seeing Glasses" **(Doc. 80)** are hereby
6  **DENIED as MOOT**.
7      IT IS FURTHER ORDERED that the Clerk of the Court is directed to enter judgment
8  accordingly and close this case.
9      DATED this 3rd day of November, 2008.

Paul G. Rosenblatt
United States District Judge