**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Kenneth James Kanger,               )   No. 07-CV-8094-PHX-PGR (MHB)
                                    )
              Petitioner,           )
                                    )   **ORDER**
v.                                  )
                                    )
Charles L. Ryan, et. al.,           )
                                    )
              Respondents.          )

_____

  Before the Court is Petitioner's Motion for Relief from a Judgment/Order under Rule 60(b). (Doc. 110.) On November 4, 2008, this Court entered an order accepting and adopting Magistrate Judge Burns's Report and Recommendation, which recommended that the Court deny and dismiss Petitioner's Petition for Writ of Habeas Corpus. (Doc. 72.) This Court denied a certificate of appealability, as did the Ninth Circuit Court of Appeals. The appeal was terminated on November 12, 2009. (Doc. 92.) On February 25, 2011, Petitioner filed a Motion for Relief from a Judgment/Order under Rule 60(b) (Doc. 93), which the Court denied on September 19, 2011 (Doc. 97). On December 23, 2011, the Court of Appeals denied a certificate of appealability. (Doc. 108.) Petitioner filed the pending motion on September 24, 2012.

  Federal Rule of Civil Procedure 60(b) entitles the moving party to relief from judgment for the following reasons: mistake, inadvertence, surprise, or excusable neglect; newly discovered evidence; fraud, misrepresentation, or other misconduct of an adverse party; the judgment is void; the judgment has been satisfied, released, or discharged; or any other reason justifying relief from the operation of the judgment. *See* Fed. R. Civ. P. 60(b).

1    Petitioner contends, as he did in his previous Rule 60(b) motion, that the Court

2   wrongly denied his habeas claims on procedural grounds. According to Petitioner, this denial

3   demonstrates a "lack of integrity and lack of adequacy" on the part of the Court and the

4   habeas proceedings. (Doc. 110 at 4.) Petitioner also contends that he has made out a showing

5   of actual innocence under *Schlup v. Delo*, 513 U.S. 298 (1995). (*Id.* at 2–4.)

6    As addressed in the Court's order denying Petitioner's first 60(b) motion and in

7   Magistrate Judge Burns's Report & Recommendation, these arguments fail. First, the

8   pending motion again constitutes a second or successive petition because Petitioner "seeks

9   leave to argue the merits of constitutional claims inadequately presented in or omitted from

10   his previous habeas petition." *Gonzalez v. Crosby*, 545 U.S. 524, 531 (2005). Pursuant to 28

11   U.S.C. § 2244(b), therefore, the motion must be dismissed. Next, Petitioner has not offered

12   new evidence supporting a credible claim of actual innocence. (*See* Doc. 72 at 11–13.)

13    Accordingly,

14    **IT IS HEREBY ORDERED** denying Petitioner's Motion for Relief from a

15   Judgment/Order under Rule 60(b) (Doc. 110).

16    **IT IS FURTHER ORDERED** denying a certificate of appealability.

17    DATED this 14th day of August, 2013.

18

19

20   Paul G. Rosenblatt
     United States District Judge

21

22

23

24

25

26

27

28